Donna Kau
___

**From:** USBankruptcyCourts@noticingcenter.com
**Sent:** Monday, May 7, 2018 6:40 PM
**To:** Donna Kau
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Javier Milete, Case Number: 18-01700, RNO, Ref: [p-120633360]
**Attachments:** R_P518017003091O037.PDF

<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

May 7, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Javier Milete, Case Number 18-01700, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Lendmark Financial Servi
1506 Klondike Road SW
Ste 200
Conyers, GA 30094-5173

THE UPDATED ADDRESS IS:

2959 Pennsylvania 611 #105
Tannersville, PA 18372

5/14/18

Timothy B Fisher II

Case 5:18-bk-01700-RNO    Doc 15    Filed 05/14/18    Entered 05/14/18 11:02:53    Desc
Main Document    Page 1 of 1