# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    Javier Milete

         Debtor(s)

Case No.    **5:18-bk-01700**

Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2018**, a copy of  Notice of Chapter 13 Bankruptcy Case  was served electronically or by regular United States mail to the party listed below.

**Lendmark Financial Services**
**2959 Pennsylvannia 611 # 105**
**Tannersville, PA 18372**

/s/ Timothy B. Fisher II

Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753Fax:570-842-8979