```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-01700-RNO
Javier Milete                                                   Chapter 13
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-5       User: MMchugh           Page 1 of 1        Date Rcvd: Jun 06, 2018
                           Form ID: ntcnfhrg       Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db              +Javier Milete,    207 Center Road,    East Stroudsburg, PA 18301-9637
5052291         +Capital One Auto Finance,    PO BOX 259407,    Plano, TX 75025-9407
5052294         +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5066137        ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                 (address filed with court: Lendmark Financial Services LLC,    Attn: Bankruptcy Dept.,
                   2118 Usher Street NW,    Covington, Georgia 30014)
5052296          Lendmark Financial Services,    2959 Pennsylvania 611 #105,    Tannersville , PA 18372
5052297         +Marilyn Milete,    7 Alfred Lane, Apt.D,    Bloomfield, NJ 07003-6212
5052298         +Northland Group Inc,    P.O. Box 390846,    Minneapolis, MN 55439-0846
5052299         +Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
                   Philadelphia, PA 19103-1823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2018 19:30:17
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
5062504         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2018 19:29:59
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5055834         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2018 19:30:37
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5052292         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2018 19:30:12     Capital One Bank,
                   P.O. Box 30281,    Salt Lake City, UT 84130-0281
5062767          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2018 19:29:53
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5052295         +E-mail/Text: bankruptcy.bnc@ditech.com Jun 06 2018 19:32:28      Ditech Financial LLC,
                   P.O. Box 6172,    Rapid City, SD 57709-6172
5055839          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2018 19:32:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                   Harrisburg PA 17128-0946
5052300          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 06 2018 19:32:14
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5052293*        +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor  DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Timothy B. Fisher, II    on behalf of Debtor 1 Javier  Milete donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Javier Milete,

**Debtor 1**

Chapter 13

Case No. 5:18–bk–01700–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **July 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: July 17, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 6, 2018 |

ntcnfhrg (03/18)