```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 18-01700-RNO
Javier Milete                                               Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke         Page 1 of 2        Date Rcvd: Feb 19, 2020
                            Form ID: pdf010         Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
```
db            +Javier Milete,    207 Center Road,    East Stroudsburg, PA 18301-8504
5052296        Lendmark Financial Services,    2959 Pennsylvania 611 #105,    Tannersville , PA 18372
5052298       +Northland Group Inc,    P.O. Box 390846,    Minneapolis, MN 55439-0846
5052299        Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 19:33:37
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
5052291       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 19 2020 19:33:48
                Capital One Auto Finance,    PO BOX 259407,    Plano, TX 75025-9407
5062504       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 19:33:38
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5055834       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 19:33:47
                Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5052292       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 19:33:47      Capital One Bank,
                P.O. Box 30281,    Salt Lake City, UT 84130-0281
5062767        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 19:33:47
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5052294       +E-mail/Text: mediamanagers@clientservices.com Feb 19 2020 19:23:24      Client Services, Inc.,
                3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5052295       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 19 2020 19:23:28      Ditech Financial LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
5080744        E-mail/Text: bankruptcy.bnc@ditech.com Feb 19 2020 19:23:28      Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
5066137        E-mail/Text: ktramble@lendmarkfinancial.com Feb 19 2020 19:23:22
                Lendmark Financial Services LLC,    Attn: Bankruptcy Dept.,    2118 Usher Street NW,
                Covington, Georgia 30014
5055839        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 19 2020 19:23:29
                Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                Harrisburg PA 17128-0946
5052300        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 19 2020 19:23:22
                Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5052293*      +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
5052297       ##+Marilyn Milete,    7 Alfred Lane, Apt.D,    Bloomfield, NJ 07003-6212
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Timothy B. Fisher, II   on behalf of Debtor 1 Javier  Milete donna.kau@pocono-lawyers.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| JAVIER MILETE | : | |
| Debtors | : | CASE NO. 5:18-bk-01700 RNO |
| | : | |

## ORDER GRANTING VOLUNTARY DISMISSAL

AND NOW on the motion of Debtor, Javier Milete, for an Order granting his request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is ORDERED that the Chapter 13 case is hereby dismissed.

Dated: February 19, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)